# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARGERET E. SHAFE,

    Defendant.

CASE NO.: 24-mj-05020-RES

FILED UNDER SEAL

### GOVERNMENT'S *EX PARTE* MOTION TO SEAL AFFIDAVIT IN SUPPORT OF COMPLAINT

**COMES NOW,** the United States of America, by and through Stephen A. Hunting, Assistant United States Attorney for the District of Kansas, and moves the Court for an order sealing the affidavit in support of Complaint filed in the above-captioned case, and sealing the instant motion and ensuing order of the court against everyone except attorneys and employees of the Office of the U.S. Attorney, the Federal Bureau of Investigation, the Department of Army Criminal Investigation Division. and counsel for the defendant, subject to the requested discovery limitations, or until further order of this Court.

In support of this motion, the United States declares that components of this investigation remain ongoing, that the affidavit contains facts and information that could lead to the identification of cooperating witnesses, and unless the affidavit, and this motion and order are sealed, it will permanently jeopardize an ongoing criminal investigation.

**WHEREFORE**, the United States requests that the affidavit, and this motion and order in this case be sealed against everyone except attorneys and employees of the Office of the U.S. Attorney, the Federal Bureau of Investigation, and the Department of Army Criminal Investigation Division, and further that the present motion and order herein be sealed.

The United States further requests that the Court permit the United States to disclose the affidavit to counsel for the defendant in discovery.

The United States further requests that the defendant be permitted to review such discovery materials, and that the defendant shall not be allowed to disclose such materials or disclose orally or otherwise the contents of the affidavit to any other person.

The United States further requests that defense counsel may provide access to the affidavit to members of his or her law firm or internal legal staff, or to experts or investigators retained or employed by the defendant.  However, the United States requests person having such access to protected discovery materials be subject to the limitations and restrictions imposed in the order.

Dated: February 21, 2024.

Respectfully submitted,

*s/Stephen A. Hunting*
Stephen A. Hunting, #21648
Assistant U.S. Attorney
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853

Page **3** of **3**