# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                           CASE NO. 24-40011-TC-RES

**MARGARET E. SHAFE,**

      Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**MURDER – FIRST DEGREE**
**[18 U.S.C. §1111]**

On or about February 19, 2024, in the District of Kansas, upon and within the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States as defined in 18 U.S.C. § 7(3), the defendant,

**MARGARET E. SHAFE**

willfully, deliberately, maliciously, and with premeditation and with malice aforethought, did unlawfully kill G.T.S. by shooting G.T.S. with a firearm.

In violation of Title 18, United States Code, 1111(a).

# FORFEITURE NOTICE

1. The allegation contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

2. Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

    A.    Sig Sauer
             SP2022
             9 mm Caliber Pistol
             Serial No. 24B174444

    B.    Ammunition

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

2/28/2024
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ *Sara L. Walton*
SARA L. WALTON  #24106
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: sara.walton@usdoj.gov


/s/*Robin A. Graham*
ROBIN A. GRAHAM #19249
Special Assistant United States Attorney
216 Custer Avenue, Room 127
Fort Riley, KS  66442
(785) 239-6392
robin.a.graham2.civ@army.mil

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

# PENALTIES

**Count 1: Murder in the First Degree**

- Punishable by death or by imprisonment for life.
  18 U.S.C. § 1111(b).

- A fine not to exceed $250,000.00.
  18 U.S.C. § 3571(b)(3).

- Or Both.

- A term of supervised release not to exceed five (5) years.
  18 U.S.C. § 3583(b)(1).

- A mandatory special assessment of $100.00.
  18 U.S.C. § 3013(a)(2)(A).

- Restitution.